## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case Number 8:13MJ4** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **DETENTION ORDER** |
| | ) | |
| | ) | |
| **ROLANDO MEJIA-MENDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**A.  Order For Detention**

   After the defendant  waived a detention hearing pursuant to 18 U.S.C. §
   3142(f) of the Bail Reform Act, the Court orders the above-named defendant
detained pursuant to 18 U.S.C. § 3142(e) and (i).


**B.  Statement Of Reasons For The Detention**

   The Court orders the defendant's detention because it finds:

   _X_  By a preponderance of the evidence that no condition or combination of
         conditions will reasonably assure the appearance of the defendant as required.

   _X_  By clear and convincing evidence that no condition or combination of
         conditions will reasonably assure the safety of any other person or the
         community.


**C.  Finding Of Fact**

   The Court's findings are based on the evidence which was presented in court and that
   which was contained in the Pretrial Services Report, and includes the following:

   _X_  (1)  Nature and circumstances of the offense charged:

         _X_  (a)  The crime: <u>Reentry of a Removed Alien</u> is a serious crime and
                     carries a maximum penalty of <u>2 years</u> imprisonment.

         ____  (b)  The offense is a crime of violence.

         ____  (c)  The offense involves a narcotic drug.

         ____  (d)  The offense involves a large amount of controlled substances, to wit:
                     _____

   ____  (2)  The weight of the evidence against the defendant is high.

   _X_  (3)  The history and characteristics of the defendant including:

               (a)  General Factors:

                     ____The defendant appears to have a mental condition which may
                           affect whether the defendant will appear.

                     ____The defendant has no family ties in the area.

                     ____The defendant has no steady employment.

                     ____The defendant has no substantial financial resources.

                     ____The defendant is not a long time resident of the community.

                     ____The defendant does not have any significant community ties.

                     ____Past conduct of the defendant: _____

DETENTION ORDER - Page 2

_____
_____
_____The defendant has a history relating to drug abuse.
_____The defendant has a history relating to alcohol abuse.
_____The defendant has a significant prior criminal record.
_____The defendant has a prior record of failure to appear at court
     proceedings.

  (b)  At the time of the current arrest, the defendant was on:
_____Probation
_____Parole
_____Supervised Release
_____Release pending trial, sentence, appeal or completion of
     sentence.

  (c)  Other Factors:
  X    The defendant is an illegal alien and is subject to
     deportation.
_____The defendant is a legal alien and will be subject to
     deportation if convicted.
  X    The Bureau of Immigration and Customs Enforcement
     (BICE) has placed a detainer with the U.S. Marshal.
_____Other:  _____
_____
_____

  X   (4)  The nature and seriousness of the danger posed by the defendant's
release are as follows:
  Prior deportation in 2011._____
_____
_____

D.  **Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

    1.  The defendant be committed to the custody of the Attorney General for
confinement in a corrections facility separate, to the extent practicable from
persons awaiting or serving sentences or being held in custody pending
appeal; and

    2.  The defendant be afforded reasonable opportunity for private consultation
with counsel; and

    3.  That, on order of a court of the United States, or on request of an attorney
for the government, the person in charge of the corrections facility in which
the defendant is confined deliver the defendant to a United States Marshal
for the purpose of an appearance in connection with a court proceeding.

DATED this 7th day of January, 2013.

BY THE COURT:

DETENTION ORDER - Page 3

s/ F. A.  Gossett
United States Magistrate Judge